UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 25-13929-RGS

DAVID C. LETTIERI

v.

FEDERAL MEDICAL CENTER DEVENS, et al.,

ORDER

June 2, 2026

Plaintiff David Lettieri, who is representing himself in this action, filed a complaint on December 22, 2025 against certain officers and employees at FMC Devens, where he is serving his sentence. (Dkt. No. 1). With the complaint, Lettieri filed a motion for leave to proceed *in forma pauperis*. (Dkt. No. 2).

On December 29, 2025, Magistrate Judge Kelley denied the motion for leave to proceed *in forma pauperis* without prejudice and directed Lettieri to either pay the $405 filing fee or show good cause why he should not be required to do so. (Dkt. No. 4) She reasoned that under 28 U.S.C. § 1915(g), Lettieri could not proceed *in forma pauperis* because he had "on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United State that was dismissed on the

grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted" and had not demonstrated that he "is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g); *see* Dkt. No 4.

On January 21, 2026, Lettieri filed a letter objecting to the findings in the December 29, 2025 Order. (Dkt. No. 8).  Treating Lettieri's letter as an objection, Magistrate Judge Kelley ordered the reassignment of this action to a United States District Judge for review of the objection.  (Dkt. No. 7).

Having reviewed Lettieri's objection, the court finds that he fails to provide a basis for allowing his motion for leave to proceed *in forma pauperis*.  Here, Lettieri has not paid the filing fee, and because he is subject to the three-strikes provision, not having shown that he "is under imminent danger of serious physical injury," this action is dismissed without prejudice for failure to pay the filing fee.  *See Ewers v. Massachusetts*, No. 23-cv-12102-RGS, 2023 WL 8039296, at *2 (D. Mass. Nov. 17, 2023).

SO ORDERED.

/s/ Richard G. Stearns
UNITED STATES DISTRICT JUDGE

2